# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152141

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                  SC:  152141
                                                  COA:  326767

MORRIS EUGENE FOSTER,
     Defendant-Appellant.

Wayne CC:  83-002462-03

_____/

       On order of the Court, the application for leave to appeal the June 10, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016


Clerk

s0718